# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover　　　　Date: October 30, 2009
Court Reporter:    Paul Zuckerman
Probation Officer: Jeannette Woll

Criminal Action No. 09-cr-00102-MSK

*Parties*:　　　　　　　　　　　　　　　　*Counsel*:

UNITED STATES OF AMERICA,　　　　　　James Boma

　　　　Plaintiff,

v.

LIZ MINERVA CARRANZA,　　　　　　　　Brian Leedy

　　　　Defendant.

---

## SENTENCING MINUTES
---

**1:42 p.m.**　　**Court in session**.

Defendant present on bond.

**Change of Plea Hearing on July 20, 2009.  Defendant pled guilty to Count 1 of the Indictment.**

**ORDER:**　　The Government's Motion to Dismiss Count 2 of the Indictment (**Doc. #54**) is **DENIED as moot**.

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The defendant **does** request departure (**Doc. #55**).  Argument by Mr. Leedy.  The Government objects.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a) (**Doc. #55**).  Argument by Mr. Leedy.  The Government objects.

Allocution. - Statements made by:  The defendant.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:** Defendant's Motion for Departure and for Variant Sentence (**Doc. #55**) is **DENIED** in its entirety.

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of her right to appeal.

**ORDER:** Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon on November 30, 2009.

**ORDER:** Bond will be exonerated when defendant reports to the facility designated by the Bureau of Prisons.

**3:18 p.m.** **Court in recess.**

Total Time:   1 hour 36 minutes.
Hearing concluded.